FILED:  January 24, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-4209**

_____

UNITED STATES OF AMERICA,

       Plaintiff – Appellee,

v.

TREZITH RASHAD SMART,

       Defendant – Appellant.

_____

O R D E R

_____

The court amends its opinion filed January 22, 2024, as follows:

On page 4, in line 5, the spelling of "lamb" is corrected to "lam."

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk